FILED

2024 Aug-20  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| ILIANA YUKIE SALAZAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:23-cv-01589-LCB-HNJ |
| | ) | |
| WARDEN KIMBERLY NEELY, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report (Doc. 10) on July 25, 2024, recommending that the court deny petitioner Iliana Yukie Salazar's ("Salazar") petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) and dismiss her claims without prejudice as moot. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Salazar's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) is due to be **DENIED** and her claims are due to be **DISMISSED WITHOUT PREJUDICE** as **MOOT**. A final judgment will be entered.

**DONE** and **ORDERED** this August 20, 2024.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE